UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROSE MENDEZ-NUDELMAN, MELVIN NUDELMAN,

Plaintiffs,

- v -

COSTCO WHOLESALE CORP.

Defendant.

Docket No.: 2010-cv-0374 (WFK)

SATISFACTION OF CORRECTED JUDGMENT

WHEREAS, the plaintiffs Rose Mendez-Nudelman and Melvin Nudelman recovered a Corrected Judgment in the above-entitled action in the total sum of Nine Million, Seven Hundred Forty-One Thousand Four Hundred Sixty-Nine and 45/100 Dollars ($9,741,469.45) against the defendant Costco Wholesale Corp., which Judgment was docketed and entered in the office of the Clerk of the United States District Court for the Eastern District of New York on September 27, 2013; and

WHEREAS, said Corrected Judgment has been wholly paid and fully satisfied, no amount remains outstanding, and there are no outstanding executions;

THEREFORE, full satisfaction of said Judgment is hereby acknowledged, and the Clerk of the above-named court is hereby authorized to make an entry of full satisfaction on the docket of said Judgment.

Dated: New York, New York
April 21, 2014

RONEMUS & VILENSKY, LLP

By: [signature]
Michael B. Ronemus, Esq.

112 Madison Avenue, 2nd Floor
New York, New York 10016
(212) 779-7070

Attorneys for Plaintiffs
Rose Mendez-Nudelman and Melvin Nudelman

{00927007.1}

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

On the 21 day of April, 2014 before me, the undersigned, personally appeared Michael B. Ronemus, Esq., a member of the firm of Ronemus & Vilensky, LLP, attorneys for Plaintiffs Rose Mendez-Nudelman and Melvin Nudelman, in the above-entitled action, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within Satisfaction of Corrected Judgment and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

[signature]
Notary Public

ERICA PODOLSKY
Notary Public, State of New York
No. 02PO62766[illegible]7
Qualified in New York County
Commission Expires Feb. 19, 20[illegible]